```
                                      FILED
                                 October 29, 2015
                              CLERK, US DISTRICT COURT
                              EASTERN DISTRICT OF
                                   CALIFORNIA
                                   DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:15-cr-00213-EFB |
| Plaintiff, | ) | 15-MJ-0213 EFB |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| KAREN DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Karen Davis</u>; Case <u>2:15-cr-00213-EFB</u> from custody and for the following reasons:

     __    Release on Personal Recognizance

     __    Bail Posted in the Sum of _____

     X    Unsecured Appearance Bond in the amount of <u>$50,000.00</u>; co-signed by George Davis and Scott Matthews

     __    Appearance Bond with 10% Deposit

     __    Appearance Bond secured by Real Property

     __    Corporate Surety Bail Bond

     X    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>10/29/2015</u> at <u>2:15 p.m.</u>

By _____
Kendall J. Newman
United States Magistrate Judge