1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO.  2:15-MJ-0213 EFB

12                        Plaintiff,        STIPULATION FOR EXTENSION OF TIME FOR
                                            PRELIMINARY HEARING PURSUANT TO RULE
13           v.                             5.1(d) AND EXCLUSION OF TIME

14 KAREN MATHEWS DAVIS,                     DATE: November 19, 2015
                                            TIME: 2:00 p.m.
15                        Defendant.        COURT: Hon. Carolyn C. Delaney

16

17        Plaintiff United States of America, by and through its attorney of record, Assistant United States

18 Attorney HEIKO P. COPPOLA, and defendant KAREN MATHEWS DAVIS, both individually and by

19 and through her counsel of record, RANDY THOMAS, hereby stipulate as follows:

20        1.      The Complaint in this case was filed on October 27, 2015, and defendant first appeared

21 before a judicial officer of the Court in which the charges in this case were pending on October 28,

22 2015. The court set a preliminary hearing date of November 19, 2015.

23        2.      By this stipulation, the parties jointly move for an extension of time of the preliminary

24 hearing date to December 18, 2015, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule

25 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to

26 allow the defense reasonable time for preparation, and for the government's continuing investigation of

27 the case. The parties further agree that the interests of justice served by granting this continuance

28 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

   STIPULATION FOR EXTENSION

1    3.    The parties agree that good cause exists for the extension of time, and that the extension

2  of time would not adversely affect the public interest in the prompt disposition of criminal cases.

3  Therefore, the parties request that the time between November 19, 2015, and December 18, 2015, be

4  excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

5    IT IS SO STIPULATED.

6  Dated:  November 17, 2015          BENJAMIN B. WAGNER
                                       United States Attorney
7

8                                      /s/ HEIKO P. COPPOLA
                                       HEIKO P. COPPOLA
9                                      Assistant United States Attorney

10

11  Dated:  November 17, 2015          /s/ RANDY THOMAS
                                       RANDY THOMAS
12                                     Counsel for Defendant
                                       KAREN MATHEWS DAVIS
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION

1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:15-MJ-0213 EFB

12                      Plaintiff,       [PROPOSED] FINDINGS AND ORDER
                                         EXTENDING TIME FOR PRELIMINARY
13            v.                         HEARING PURSUANT TO RULE 5.1(d) AND
                                         EXCLUDING TIME
14  KAREN MATHEWS DAVIS,

15                      Defendant.

16

17

18         The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on November 17, 2015.

20  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21  demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22  5.1(d) of the Federal Rules of Criminal Procedure.

23         Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24  of justice served by granting this continuance outweigh the best interests of the public and the defendant

25  in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would

26  not adversely affect the public interest in the prompt disposition of criminal cases.

27         THEREFORE, FOR GOOD CAUSE SHOWN:

28         1. The date of the preliminary hearing is extended to December 18, 2015, at 2:00 p.m.

   PROPOSED ORDER

1       2. The time between November 19, 2015, and December 18, 2015, shall be excluded from

2   calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3       3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

4

5       IT IS SO ORDERED.

6   Dated:  November 17, 2015

7   _____
    CAROLYN K. DELANEY

8   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER