1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:15-MJ-0213 EFB

12 |                       Plaintiff, | AMENDED STIPULATION FOR EXTENSION OF
                                      | TIME FOR PRELIMINARY HEARING
13 |              v.                  | PURSUANT TO RULE 5.1(d), EXCLUSION OF
                                      | TIME AND WAIVING TIME FOR INDICTMENT
14 | KAREN MATTHEWS DAVIS,
                                      | DATE: November 19, 2015
15 |                       Defendant. | TIME: 2:00 p.m.
                                      | COURT: Hon. Carolyn C. Delaney
16

17       Plaintiff United States of America, by and through its attorney of record, Assistant United States

18 Attorney HEIKO P. COPPOLA, and defendant KAREN MATTHEWS DAVIS, both individually and

19 by and through her counsel of record, RANDY THOMAS, hereby stipulate as follows:

20       1.       The Complaint in this case was filed on October 27, 2015, and defendant first appeared

21 before a judicial officer of the Court in which the charges in this case were pending on October 28,

22 2015. The court set a preliminary hearing date of November 19, 2015.

23       2.       By this stipulation, the parties jointly move for an extension of time of the preliminary

24 hearing date to December 18, 2015, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule

25 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to

26 allow the defense reasonable time for preparation, and for the government's continuing investigation of

27 the case. The parties further agree that the interests of justice served by granting this continuance

28 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

STIPULATION FOR EXTENSION

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between November 19, 2015, and December 18, 2015, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

4. The defendant specifically waives being charged by information or indictment within thirty (30) days of her arrest pursuant to 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Dated:  November 19, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

Dated:  November 19, 2015

/s/ RANDY THOMAS
RANDY THOMAS
Counsel for Defendant
KAREN MATTHEWS DAVIS

STIPULATION FOR EXTENSION

1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO. 2:15-MJ-0213 EFB

12                 Plaintiff,               FINDINGS AND ORDER EXTENDING TIME FOR
                                            PRELIMINARY HEARING PURSUANT TO RULE
13           v.                             5.1(d), EXCLUDING TIME AND WAIVING TIME
                                            FOR INDICTMENT
14  KAREN MATTHEWS DAVIS,
                                            DATE: November 19, 2015
15                 Defendant.               TIME: 2:00 p.m.
                                            COURT: Hon. Carolyn C. Delaney
16

17
        The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing
18
   Pursuant to Rule 5.1(d), Exclusion of Time, and Waiving Time for Indictment filed by the parties in this
19
   matter on November 17, 2015. The Court hereby finds that the Stipulation, which this Court
20
   incorporates by reference into this Order, demonstrates good cause for an extension of time for the
21
   preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.
22
        Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests
23
   of justice served by granting this continuance outweigh the best interests of the public and the defendant
24
   in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would
25
   not adversely affect the public interest in the prompt disposition of criminal cases.
26
        THEREFORE, FOR GOOD CAUSE SHOWN:
27
        1. The date of the preliminary hearing is extended to December 18, 2015, at 2:00 p.m.
28

   PROPOSED ORDER

2. The time between November 19, 2015, and December 18, 2015, shall be excluded from calculation of speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv)(Local Code T-4).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

4. The defendant has waived being charged by information or indictment within thirty (30) days of arrest pursuant to 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

Dated:  November 23, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER