BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-MJ-0213 EFB |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d), EXCLUSION OF TIME AND WAIVING TIME FOR INDICTMENT |
| v. | |
| KAREN MATTHEWS DAVIS, | |
| Defendant. | DATE: December 18, 2015
TIME: 2:00 p.m.
COURT: Hon. Allison Claire |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney HEIKO P. COPPOLA, and defendant KAREN MATTHEWS DAVIS, both individually and by and through her counsel of record, RANDY THOMAS, hereby stipulate as follows:

1. The Complaint in this case was filed on October 27, 2015, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on October 28, 2015. The court set a preliminary hearing date of December 18, 2015.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to January 29, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

STIPULATION FOR EXTENSION

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between December 18, 2015, and January 29, 2016, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

4. The defendant specifically waives being charged by information or indictment within thirty (30) days of her arrest pursuant to 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Dated:  December 15, 2015                             BENJAMIN B. WAGNER
                                                                          United States Attorney


                                                                           /s/ HEIKO P. COPPOLA
                                                                           HEIKO P. COPPOLA
                                                                           Assistant United States Attorney



Dated:  December 15, 2015                              /s/ RANDY THOMAS
                                                                           RANDY THOMAS
                                                                           Counsel for Defendant
                                                                           KAREN MATTHEWS DAVIS

STIPULATION FOR EXTENSION

1 BENJAMIN B. WAGNER
United States Attorney
2 HEIKO P. COPPOLA
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 2:15-MJ-0213 EFB |
| 12           Plaintiff, | [~~PROPOSED~~] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d), EXCLUDING TIME AND WAIVING TIME FOR INDICTMENT |
| 13       v. | |
| 14  KAREN MATTHEWS DAVIS, | |
| 15           Defendant. | DATE: December 18, 2015
TIME: 2:00 p.m.
COURT: Hon. Allison Claire |

17

18    The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19 Pursuant to Rule 5.1(d), Exclusion of Time, and Waiving Time for Indictment filed by the parties in this

20 matter on November 17, 2015. The Court hereby finds that the Stipulation, which this Court

21 incorporates by reference into this Order, demonstrates good cause for an extension of time for the

22 preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

23    Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24 of justice served by granting this continuance outweigh the best interests of the public and the defendant

25 in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

26 not adversely affect the public interest in the prompt disposition of criminal cases.

27    THEREFORE, FOR GOOD CAUSE SHOWN:

28    1. The date of the preliminary hearing is extended to January 29, 2016, at 2:00 p.m.

PROPOSED ORDER

2. The time between December 18, 2015, and January 29, 2016, shall be excluded from calculation of speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv)(Local Code T-4).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

4. The defendant has waived being charged by information or indictment within thirty (30) days of arrest pursuant to 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

Dated: December 16, 2015

_The Honorable Allison Claire_
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER