**FILED**

JAN 2 8 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:15-MJ-0213 EFB

12                     Plaintiff,          [PROPOSED] FINDINGS AND ORDER
                                           EXTENDING TIME FOR PRELIMINARY
13           v.                            HEARING PURSUANT TO RULE 5.1(d),
                                           EXCLUDING TIME AND WAIVING TIME FOR
14  KAREN MATHEWS DAVIS,                   INDICTMENT

15                     Defendant.          DATE: January 29, 2016
                                           TIME: 2:00 p.m.
16                                         COURT: Hon. Kendall J. Newman

17

18         The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19  Pursuant to Rule 5.1(d), Exclusion of Time, and Waiving Time for Indictment filed by the parties in this

20  matter on January 27, 2016. The Court hereby finds that the Stipulation, which this Court incorporates

21  by reference into this Order, demonstrates good cause for an extension of time for the preliminary

22  hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

23         Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24  of justice served by granting this continuance outweigh the best interests of the public and the defendant

25  in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

26  not adversely affect the public interest in the prompt disposition of criminal cases.

27         THEREFORE, FOR GOOD CAUSE SHOWN:

28         1. The date of the preliminary hearing is extended to March 9, 2016, at 2:00 p.m.

PROPOSED ORDER

1    2. The time between January 29, 2016, and March 9, 2016, shall be excluded from calculation of

2    speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv)(Local Code T-4).

3    3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

4    4. The defendant has waived being charged by information or indictment within thirty (30) days

5    of arrest pursuant to 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

Dated: _____JAN 28 2016_____

The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER