PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

AUG 30 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-MJ-0213 EFB |
|---|---|
| Plaintiff, | [PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d), EXCLUDING TIME AND WAIVING TIME FOR INDICTMENT |
| v. | |
| KAREN MATHEWS DAVIS, | |
| Defendant. | DATE: September 2, 2016<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah L. Barnes |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d), Exclusion of Time, and Waiving Time for Indictment filed by the parties in this matter on August 30, 2016. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

///

///

PROPOSED ORDER

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to October 28, 2016, at 2:00 p.m.

2. The time between September 2, 2016, and October 28, 2016, shall be excluded from calculation of speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv)(Local Code T-4) and pursuant to 18 U.S.C. § 3161(h)(4) (Local Code M).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

4. The defendant has waived being charged by information or indictment within thirty (30) days of arrest pursuant to 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

Dated: Aug 30, 2016

DEBORAH L. BARNES
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER