PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-MJ-0213 EFB |
|---|---|
| Plaintiff, | AMENDED STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d), EXCLUSION OF TIME AND WAIVING TIME FOR INDICTMENT |
| v. | |
| KAREN MATHEWS DAVIS, | DATE: October 28, 2016 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Kendall J. Newman |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney HEIKO P. COPPOLA, and defendant KAREN MATHEWS DAVIS, both individually and by and through her counsel of record, RANDY THOMAS, hereby stipulate as follows:

1. The Complaint in this case was filed on October 27, 2015, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on October 28, 2015. By prior stipulation, which is incorporated by reference this Court set a preliminary hearing date of October 28, 2016. The parties filed a stipulation on October 25, 2016 requesting a continuance of that hearing until December 16, 2016, which this Court granted. Because of defense counsel's unavailability on December 16, 2016 the parties request that the prior scheduled preliminary hearing date of December 16, 2016 be advanced to December 15, 2016.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to December 15, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule

1  5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to
2  allow the defense reasonable time for preparation, and for the government's continuing investigation of
3  the case. The parties further agree that the interests of justice served by granting this continuance
4  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
5         3.      The parties agree that good cause exists for the extension of time, and that the extension
6  of time would not adversely affect the public interest in the prompt disposition of criminal cases.
7  Defense counsel will need additional time to review, perform investigation and discuss with the
8  defendant the approximately 282 pages of discovery as well as 6 CDs containing video recordings
9  initially provided by the government on January 27, 2016.  The United States re-provided 5 CD's
10 because of formatting/encryption issues on February 26, 2016.  In addition, the defendant has also
11 experienced significant and continuing health issues since her initial appearance before the Court.  These
12 health issues have made it more difficult for defendant to participate in and assist defense counsel in
13 preparing this matter.  On August 10, 2016, the defendant had surgery to implant a peripheral nerve
14 stimulator.   According to the defendant's surgeon, the recovery time for this procedure was between 6
15 and 8 weeks and the defendant could not participate in court proceedings.  Email communications
16 between the defendant and her doctor provided by defense counsel indicate that this surgery was not
17 successful in alleviating the defendant's pain and that the defendant's pain level is worse than prior to
18 the surgery.  Defense counsel believes that the defendant will most likely have another surgery to
19 remove the device when her surgeon returns from abroad.  Defense counsel also indicated that the
20 defendant has been unable to meet with him regarding this case because of this issue and he does not
21 believe she can presently attend court.  Because of this, defense counsel necessarily needs additional
22 time for preparation and investigation.  Therefore, the parties request that the time between October 28,
23 2016, and December 15, 2016, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.
24 Time should also be excluded under 18 U.S.C. § 3161(h)(4) (Local Code M) for the defendant's
25 physical inability to attend Court.
26 ///
27 ///
28 ///

STIPULATION FOR EXTENSION

1    4.    The defendant specifically waives being charged by information or indictment within
2 thirty (30) days of her arrest pursuant to 18 U.S.C. § 3161(b).
3    IT IS SO STIPULATED.

4 Dated:  November 2, 2016                        PHILLIP A. TALBERT
                                                 Acting United States Attorney
5

6                                                 /s/ HEIKO P. COPPOLA
                                                 HEIKO P. COPPOLA
7                                                Assistant United States Attorney

8

9 Dated:  November 2, 2016                        /s/ RANDY THOMAS
                                                 RANDY THOMAS
10                                                Counsel for Defendant
                                                 KAREN MATHEWS DAVIS
11

STIPULATION FOR EXTENSION

1  PHILLIP A. TALBERT
   Acting United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:15-MJ-0213 EFB
12 |          Plaintiff,        | [~~PROPOSED~~] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d), EXCLUDING TIME AND WAIVING TIME FOR INDICTMENT
13 |    v.                      |
14 | KAREN MATHEWS DAVIS,       |
15 |          Defendant.        | DATE: October 28, 2016
                                  TIME: 2:00 p.m.
16                                COURT: Hon. Kendall J. Newman

17
18     The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing
19 Pursuant to Rule 5.1(d), Exclusion of Time, and Waiving Time for Indictment filed by the parties in this
20 matter on October 25, 2016. The Court has also read and considered the Amended Stipulation for
21 Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d), Exclusion of Time, and Waiving
22 Time for Indictment filed by the parties in this matter on November 2, 2016. The Court hereby finds
23 that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause
24 for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of
25 Criminal Procedure.
26     Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests
27 of justice served by granting this continuance outweigh the best interests of the public and the defendant
28 in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

   PROPOSED ORDER

not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to December 15, 2016, at 2:00 p.m.

2. The time between October 28, 2016, and December 15, 2016, shall be excluded from calculation of speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv)(Local Code T-4) and pursuant to 18 U.S.C. § 3161(h)(4) (Local Code M).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

4. The defendant has waived being charged by information or indictment within thirty (30) days of arrest pursuant to 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

Dated:   November 2, 2016

HON. ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER