RANDY E. THOMAS, ESQ. / SBN: 78411
JEANNINE I. MALDONADO, ESQ. / SBN: 285619
JONATHAN P. MARRS, ESQ. / SBN: 258525
LAW OFFICE OF RANDY E. THOMAS
18826 N. LOWER SACRAMENTO ROAD, SUITE G
P.O. BOX 717
WOODBRIDGE, CA 95258
TELEPHONE: (209) 369-9255
FACSIMILE: (209) 369-9288

Attorneys for Defendant
KAREN DAVIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>KAREN MATHEWS DAVIS,<br><br>        Defendant. | CASE NO. 2:17-CR-0022 TLN<br><br>**STIPULATION AND ORDER PERMITTING DEFENDANT KAREN DAVIS TO TRAVEL OUTSIDE CALIFORNIA** |

   IT IS HEREBY STIPULATED BY AND BETWEEN the attorney for the People of the United States and counsel for Defendant that KAREN DAVIS shall be permitted to travel outside California, taking a vacation on a 10-day Alaskan cruise out of San Francisco, California, on August 16, 2017, returning on August 26, 2017, subject to the Court's approval and order based on this stipulation.

   This vacation will include her husband (3rd party custodian), grandson, and grandson's friend. There will be one stop at Victoria Island, which is a providence of Canada. KAREN DAVIS has previously surrendered her passport to the Clerk of this Court. KAREN DAVIS further agrees by way of her signature on this Stipulation that she will only be going to Alaska and will not leave the cruise ship in Victoria Island.

   KAREN DAVIS has never failed to make a court date and has not violated any pretrial orders of the Court or probation. Julia Morris of Pretrial Services has been contacted and indicated that KAREN DAVIS is in compliance with her conditions of supervision and Pretrial Services does not take a

STIPULATION AND ORDER                    1

position.

It is therefore respectfully stipulated that KAREN DAVIS may go on said vacation to Alaska for the time period set forth herein above.

DATED: JUNE 8, 2017    U.S. ATTORNEY'S OFFICE

*/s/ Heiko Coppola*

_____
BY: HEIKO COPPOLA
Attorney for the People of the United States

DATED: JUNE 8, 2017    LAW OFFICE OF RANDY THOMAS

___/s/_____
BY: JEANNINE I. MALDONADO
Attorney for the Karen Davis

DATED: JUNE __, 2017

___/s/_____
BY: KAREN DAVIS
Defendant

IT IS SO ORDERED.

Dated: June 13, 2017

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER

2